**PAGE ELMORE and EDSEL FOSTER v. THE STATE OF FLORIDA**

21 So. (2nd) 714                                          January Term, 1945
April 17, 1945                                                      Division A
Rehearing Denied May 23, 1945

*S. M. Preacher,* for appellants.

*J. Tom Watson,* Attorney General, *Sumter Leitner* and *Reeves Bowen,* Assistant Attorneys General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.